Julius M. Engel
Legal Helpers, P.C.
Bar # 137759
428 J Street, Suite 410
Sacramento, CA 95814
Telephone:  866-339-1156
jme@legalhelpers.com

*Attorney for Plaintiff*
*Stephanie Thurtle*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Thurtle | Case No. 2:08-cv-00903-JAM-KJM |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Pentagroup Financial, LLC | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:     */s/ Julius M. Engel*
Julius M. Engel (Bar # 137759)
428 J Street, Suite 410
Sacramento, CA 95814
Telephone:  866-339-1156
jme@legalhelpers.com

*Attorney for Plaintiff*
*Stephanie Thurtle*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on September 4, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Pentagroup Financial, LLC
c/o Ransom Lummis, Registered Agent
5959 Corporate Drive, Suite 1400
Houston, TX 77036

                  */s/ Julius M. Engel*